LOUISE GRADL, as Administratrix of the Estate of ANTON GRADL, Deceased, Plaintiff, v. GEORGE SAULPAUGH et al., Respondents, ELSA NENNINGER, as Limited Administratrix of the Estate of FRED H. NENNINGER, Deceased, Defendant-Appellant, et al., Defendants.— Actions to recover damages for wrongful death and for property damage were consolidated and tried together. After the entry of judgment in favor of respondents herein, Benjamin M. Goldstein, one of the counsel who appeared on the trial for appellant herein, seasonably filed a notice of appeal on behalf of appellant in the County Clerk's office and served a copy on the attorney for respondents. The latter, by mail, returned the notice of appeal on the last day for filing and serving such a notice, claiming that it was ineffective because it was signed by Goldstein and not by the attorneys of record, and that Goldstein never had been substituted as attorney for appellant herein. Appellant moved to require respondents' attorney to receive and accept the notice of appeal *nunc pro tunc*. The motion was denied. Order reversed on the law and the facts, with ten dollars costs and disbursements, and the motion granted, with ten dollars costs. (*Eckert* v. *Truman,* 158 App. Div. 939; *Title Guaranty & Trust Co.* v. *Uniform Fibrous T. Co.,* 127 Misc. 183; *Slepin* v. *Beck,* 84 Misc. 254; *Davis* v. *Solomon,* 25 Misc. 695; *Matter of Tonkonogoff,* 180 Misc. 782.) Close, P. J., Carswell, Johnston, Adel and Lewis, JJ., concur.

GRAYSTONE HOMES, INC., et al., Respondents, v. MOTT BROTHERS, INC., Appellant.— In an action for an accounting and for other equitable relief, interlocutory judgment in favor of plaintiffs, referring the matter to an official referee to hear and determine and to state the accounts of the defendant, insofar as appealed from, unanimously affirmed, with costs. No opinion. Present — Close, P. J., Hagarty, Carswell, Adel and Aldrich, JJ.

IRA GREINSKY, an Infant, by JACOB GREINSKY, His Guardian ad Litem, et al., Appellants, v. FIFTH AVENUE COACH COMPANY et al., Respondents.— Action by the infant plaintiff to recover damages for personal injuries and by his father for medical expenses and loss of services. Judgment in favor of defendants, entered upon a dismissal of the complaint at the close of plaintiff's case, reversed on the law and a new trial granted, with costs to abide the event. The evidence was prima facie sufficient to present questions of fact as to the negligence of each of the defendants and the contributory negligence of the infant plaintiff. Hagarty, Acting P. J., Johnston, Adel, Lewis and Aldrich, JJ., concur.

ROBERT HAMMOND et al., Infants, by HELEN HAMMOND, Their Guardian ad Litem, et al., Appellants, v. WILLIAM HAMMOND, Respondent, et al., Defendants.— In an action brought by plaintiffs to enforce an alleged oral agreement to make a testatmentary disposition of real and personal property, judgment dismissing the complaint on the merits and granting costs to respondent unanimously affirmed, without costs. No opinion. Present — Close, P. J., Hagarty, Carswell, Johnston and Lewis, JJ.